Ronald D. Rosengarten, Esq., State Bar No.: 128859
ROSENGARTEN & LEVEN, LLP
23801 Calabasas Rd., Suite 1015
Calabasas, California 91302
phone:   (818) 225-5070
fax:     (818) 225-5077

Attorneys for Defendant,
MORTGAGE ACADEMY, LLC

ORIGINAL
FILED

JAN 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ACADEMY, INC., a business form entity unknown; TAMIKA BROWN, an individual; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No.: C 06-04343 RMW<br><br>Courtroom 6, 4th Floor<br>Honorable Ronald M. Whyte<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANTS' APPEARANCE AT ENE CONFERENCE<br><br>ENE Date: 1/30/07 |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. Mr. Odoms, representative for Defendant Mortgage Academy, is excused from appearing in person at the ENE Conference set for January 30, 2007.

IT IS SO ORDERED.

Dated: 1/16/07

By: _____
Wayne D. Brazil, ADR Magistrate Judge

[PROPOSED] ORDER