UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MORTGAGE ACADEMY LLC,<br><br>　　　　　　Defendant. | Case No.: C 06-4343  PVT<br><br>**ORDER DENYING MOTION TO COMPEL** |

　　　On January 17, 2007, Plaintiff First Franklin Financial Corporation ("Plaintiff") filed a motion to compel responses to interrogatories and document demands and request for sanctions.

　　　Local Rule 37-2 provides:

> In addition to complying with applicable provisions of Civil L.R. 7, a motion to compel further responses to discovery requests must set forth each request in full, followed immediately by the objections and/or responses thereto.  For each such request, the moving papers must detail the basis for the party's contention that it is entitled to the requested discovery and must show how the proportionality and other requirements of FRCivP 26(b)(2) are satisfied.

Civ. L.R. 37-2.  Plaintiff did not set forth the discovery sought and did not explain why the discovery sought was warranted under Rule 26.  Thus, the court is unable to grant the motion to compel.

Additionally, Local Rule 37-1 provides: "The Court will not entertain a request or a motion to resolve a disclosure or discovery dispute unless, pursuant to FRCivP 37, counsel have previously conferred for the purpose of attempting to resolve all disputed issues." Civ. L.R. 37-1(a). Plaintiff asserts that it granted three extensions of time for Defendant to respond to the discovery and that it warned Defendant that no further extensions would be granted. As of the date of the motion, Defendant had produced no responses to the discovery requests. While the Court approves of the courtesy and patience that Plaintiff has shown, granting extensions does not comply with the directive of Rule 37. Plaintiff did not attempt to resolve any disputes over the discovery and did not warn Defendant that failure to produce the discovery would result in a motion to compel.

Finally, Local Rule 7-8 provides "Any motion for sanctions, regardless of the sources of authority invoked, must comply with the following: a) The motion must be separately filed and the date for hearing must be set in conformance with Civil L.R. 7-2." Civ. L.R. 7-8. Plaintiff requested sanctions in the same motion as the motion to compel.

Because of the procedural defects described above, It Is Hereby Ordered that the motion to compel is denied without prejudice. If, after completing a proper meet and confer, Plaintiff still seeks the discovery in question, it may file a new motion to compel and a separate motion for sanctions. Moreover, Defendant is cautioned that it should not interpret this Order in any way that condones the alleged failure to comply with discovery obligations.

IT IS SO ORDERED.

Dated: February 9, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge