UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ACADEMY LLC,<br><br>　　　　　　　Defendant. | Case No.: C 06-4343  PVT<br><br>**ORDER RE: DECLARATION IN SUPPORT OF ORDER ENTERING JUDGMENT PURSUANT TO STIPULATION** |

　　　　On June 8, 2007,  Plaintiff First Franklin Financial Corporation ("Plaintiff") filed a Declaration of Brian H. Gunn in Support of [Proposed] Order Entering Judgment Pursuant to Stipulation for Entry of Judgment filed by First Franklin Financial Corporation ("Gunn Declaration").  Plaintiff attached a Settlement and Mutual Release Agreement and a Stipulation for Entry of Judgment ("Stipulation") as Exhibits A and B to the Gunn Declaration.  Plaintiff also attached a "[Proposed] Order RE Notice of Entry of Judgment in the Amount of $152,928.84 Per Stipulated Judgment.  The Stipulation for Entry of Judgment states:

> This Stipulation is lodged in conjunction with the Release and Settlement Agreement entered into by First Franklin and Mortgage Academy and can only be enforced upon presentation of a copy of the Release and Settlement Agreement to the Court by way of noticed motion with not less than the minimum amount of notice for motion.  No judgment shall be entered prior to the hearing on the noticed motion.

1 (Stipulation, Gunn Decl. Exh. B. at ¶ 1.)  Plaintiff has not filed any Noticed Motion for Entry of
2 Judgment.
3     In light of the foregoing, It Is Hereby Ordered that the Court will take no action on the
4 Gunn Declaration in the absence of a duly noticed motion as required by the Stipulation.

    IT IS SO ORDERED.

Dated: June   13, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge